IN THE SUPREME COURT OF NORTH CAROLINA

No. 420A16

Filed 22 December 2017

IN THE MATTER OF:  G.T.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 791 S.E.2d 274 (2016), affirming an adjudication order entered on 3 February 2016, and reversing in part a dispositional order entered on 26 February 2016, both by Judge Ward D. Scott in District Court, Buncombe County.  Heard in the Supreme Court on 11 December 2017.

*Matthew J. Putnam for petitioner-appellant Buncombe County Department of Social Services.*

*Michael N. Tousey for appellant Guardian ad Litem.*

*Joyce L. Terres, Assistant Appellate Defender, for respondent-appellee mother.*

PER CURIAM.

AFFIRMED.